**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John WILLIAMS, Jr., a/k/a Cecil, Defendant—Appellant.**

No. 09–7266.

United States Court of Appeals, Fourth Circuit.

Submitted: April 13, 2010.

Decided: April 21, 2010.

John Williams, Jr., Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Williams, Jr., appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* No. 5:04–cr–00322–FL–1 (E.D.N.C. July 1, 2009). We deny Williams' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*